**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

> Dismissal with prejudice acknowledged.
> JRS, DJ, 2/20/2020
> Distribution to all parties of record via CM/ECF.

Jerald Cooper, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

Phoenix Financial Services, LLC,

Defendant.

Court No.: 1:19-cv-3725-JRS-DLP

**Stipulation of Dismissal**

Plaintiff Jerald Cooper ("Plaintiff") and Defendant Phoenix Financial Services, LLC ("Phoenix") hereby stipulate to the dismissal of the above entitled action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear their own costs, disbursements, and attorneys' fees.

WHEREFORE, Plaintiff and Phoenix respectfully request this Court dismiss the above entitled action as to Plaintiff with prejudice, but as to the proposed class without prejudice.